UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIDAL MCDOWELL, on behalf of himself and on behalf of all others similarly situated,

    Plaintiff,

v.    Case No: 2:23-cv-12827-RJW-APP

PLUTO ACQUISITION OPCO, LLC d/b/a PEOPLEFACTS, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 41.1, the Parties hereby notify the Court they have reached a settlement in principle and are in the process of memorializing the finer terms of settlement in a written document. The Parties respectfully request the Court cancel all deadlines and stay remaining proceedings.

DATED: April 1, 2025.

    Respectfully submitted,
    */s/Marc R. Edelman*
    **MARC R. EDELMAN, ESQ**.
    Florida Bar No. 0096342
    **MORGAN & MORGAN, P.A.**
    201 N. Franklin Street, 7th Floor
    Tampa, Florida 33602
    Telephone: (813)577-4722
    Facsimile: (813) 257-0572
    MEdelman@forthepeople.com

        Anna S. Kozak, Esq. (P84465)
        **MORGAN & MORGAN, P.A.**
        2000 Town Center, Suite 1900
        Southfield, MI 48075
        Telephone: (313) 739-1950
        Facsimile: (313) 739-1994
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 1, 2025, I electronically filed the foregoing with the Court's CM/ECF system, and that a true and correct copy of the foregoing was sent via electronic mail to the following:

Jeffrey S. Hengeveld, Esq.
jhengeveld@plunkettcooney.com
Eric Johnson, Esq.
ejohnson@plunkettcooney.com
**PLUNKETT COONEY**
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel: 248-901-4027
*Attorneys for Defendant*

        */s/Marc R. Edelman, Esq.*
        Marc R. Edelman, Esq.