UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VIDAL MCDOWELL,<br><br>　　　Plaintiff,<br><br>v.<br><br>PLUTO ACQUISITION OPCO, LLC,<br><br>　　　Defendant. | Case No. 23-cv-12827<br><br>Honorable Robert J. White |

**STIPULATED ORDER TO STAY DISCOVERY**

　　　This matter having come before the Court by stipulation of the parties, and the Court being otherwise fully advised in the premises:

　　　IT IS HEREBY ORDERED that discovery is stayed until a ruling is made by the Court on the parties Joint Motion to Approval Class Settlement, which is to be filed on or before May 16, 2025.

　　　** This is _not_ a final order and does _not_ close the case **

　　　SO ORDERED.

Dated: April 29, 2025　　　　　　　　　　　s/Robert J. White
　　　　　　　　　　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**STIPULATED TO:**

| | |
|---|---|
| */s/ Marc R. Edelman (w/consent)* | */s/ Jeffrey S Hengeveld* |
| Marc R. Edelman | Jeffrey S. Hengeveld (P66029) |
| Fla Bar No. 0096342 | PLUNKETT COONEY |
| MORGAN & MORGAN, P.A. | Attorney for Defendant |
| Attorney for Plaintiff | jhengeveld@plunkettcooney.com |
| medelman@forthepeople.com | |

Dated:  April 28, 2025