UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VIDAL MCDOWELL, on behalf of himself and on behalf of all others similarly situated,**

  Plaintiff,

v.            Case No:  2:23-cv-12827-RJW-APP

**PLUTO ACQUISITION OPCO, LLC d/b/a PEOPLEFACTS, LLC**

  Defendant.
_____/

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND NOTICE TO SETTLEMENT CLASS

For the reasons set forth in the Memorandum, Plaintiff, Vidal McDowell, and Defendant, Pluto Acquisition Opco, LLC d/b/a PeopleFacts, LLC, respectfully ask the Court to certify, for settlement purposes only, the Settlement Classes, grant preliminary approval of the Settlement, and to order Notice be sent to the K-Notice Payment Class. The Settled Parties request any additional relief the Court deems warranted under the circumstances.

| | |
|---|---|
| /s/ *Marc R. Edelman* | /**s**/ *Jeffrey S. Hengeveld, Esq.* |
| Marc R. Edelman, Esq. | Jeffrey S. Hengeveld, Esq. |
| Florida Bar No.: 0096342 | **PLUNKETT COONEY** |
| **MORGAN & MORGAN, P.A.** | 38505 Woodard Avenue |
| 201 N. Franklin Street, #700 | Suite 100 |

| | |
|---|---|
| Tampa, FL 33602-5157 | Bloomfiled Hills, MI 48304 |
| Telephone: 813-577-4722 | (248)594-820 |
| Facsimile:  813-257-0572 | jhengeveld@plunkettcooney.com |
| medelman@forthepeople.com | *Attorney for Defendant* |

Anna S. Kozak, Esq. (P84465)
**MORGAN & MORGAN, P.A.**
2000 Town Center, Suite 1900
Southfield, MI 48075
Telephone: (313) 739-1950
Facsimile: (313) 739-1994
Anna.kozak@forthepeople.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2025, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system which will electronically serve all parties of record.

/s/ *Marc R. Edelman*
**MARC R. EDELMAN, ESQ.**