UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIDAL MCDOWELL, on behalf of
himself and on behalf of all
others similarly situated,

      Plaintiff,

v.                                    Case No: 2:23-cv-12827-RJW-APP

PLUTO ACQUISITION OPCO, LLC
d/b/a PEOPLEFACTS, LLC

      Defendant.             /

## JOINT MOTION FOR APPROVAL OF CLASS SETTLEMENT AND NOTICE TO SETTLEMENT CLASS

For the reasons set forth in the Memorandum in Support of the Joint Motion for Final Approval of Class Settlement, attached hereto, Plaintiff Vidal McDowell, on his own behalf and on behalf of all others similarly situated, respectfully moves the Court to grant final approval of the Class Action Settlement.

Respectfully submitted this 23rd day of September, 2025.

                                                    */s/ Marc R. Edelman*
                                                    **MARC R. EDELMAN, ESQ.**
                                                    Florida Bar No. 0096342
                                                    **MORGAN & MORGAN, P.A.**
                                                    201 N. Franklin Street, 7th Floor
                                                    Tampa, Florida 33602
                                                    Telephone: (813)577-4722
                                                    Facsimile: (813) 257-0572
                                                    MEdelman@forthepeople.com

>Anna S. Kozak, Esq. (P84465)
>**MORGAN & MORGAN, P.A.**
>2000 Town Center, Suite 1900
>Southfield, MI 48075
>Telephone: (313) 739-1950
>Facsimile: (313) 739-1994
>Anna.kozak@forthepeople.com
>
>Craig C. Marchiando, Esq.
>**CONSUMER LITIGATION ASSOCIATES**
>763 J. Clyde Morris Blvd. 1-A
>Newport News, VA 23601
>Telephone: (757) 930-3660
>Facsimile (757) 930-3662
>craig@clalegal.com
>*Attorneys for Plaintiff*
>
>*/s/Jeffrey S. Hengeveld*
>Jeffrey S. Hengeveld, Esq.
>Erik Johnson, Esq.
>**PLUNKETT COONEY**
>38505 Woodward Ave., Ste. 100
>Bloomfield Hills, MI 48304
>Tel: 248-594-8202
>jhengeveld@plunkettcooney.com
>ejohnson@plunkettcooney.com
>*Attorneys Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided via electronic transmission and/or via U.S. Mail on this 23rd day of September 2025, to the following:

Jeffrey S. Hengeveld, Esq.
Erik Johnson, Esq.
PLUNKETT COONEY
38505 Woodward Ste. 100
Bloomfield Hills, MI 48304
Tel: 248-594-8202
jhengeveld@plunkettcooney.com
ejohnson@plunkettcooney.com
*Attorney for Defendant*

                                      */s/ Marc R. Edelman*
                                      **MARC R. EDELMAN, ESQ.**