UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VIDAL MCDOWELL,<br><br>      Plaintiff,<br><br>v.<br><br>PLUTO ACQUISITION OPCO, LLC,<br><br>      Defendant. | Case No. 23-cv-12827<br><br>Honorable Robert J. White |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES AND COSTS, SERVICE AWARD/GENERAL RELEASE PAYMENT TO CLASS REPRESENTATIVE AND PAYMENT TO SETTLEMENT ADMINISTRATOR**

THIS MATTER came before the Court on October 20, 2025, upon Plaintiff's Unopposed Motion for Attorney's Fees and Costs, Service Award/General Release Payment to Class Representative and Payment to Settlement Administrator. (ECF No. 46). Having considered the Motion, all papers and proceedings held herein, having reviewed the record, including Class Counsel's Declaration (ECF No. 47-2), and heard counsel's arguments in support thereof, the Court finds:

1.      The Award reasonably compensates Class Counsel for the value obtained for the Settlement Classes. The Settlement resulted in a non-reversionary common fund of $2,400,000.00. The requested percentage of the Settlement Fund,

one third, is well within reason and is consistent with the attorneys' fees typically awarded by Sixth Circuit district courts, including this Court, in similar FCRA class actions.

2. The Award is supported by a lodestar cross check. Class Counsel's lodestar rate of $750.00 is reasonable, as is the number of hours expended in the litigation. The multiplier of 3.55 is reasonable and recognized as such in this district.

3. Class Counsel took this action on a contingency fee basis, as well as the risks associated with class action contingency fee litigation. To date, Class Counsel has not received any compensation for his efforts, and Class Counsel is entitled to be compensated for the work performed on behalf of the Settlement Classes.

4. The public interest is furthered by compensating attorneys that undertake significant risk to vindicate legal rights that otherwise may go unasserted. This supports the requested fee award.

5. The complexity of the action also supports the requested fee award. Class action lawsuits are inherently complex, and the FCRA provisions underpinning the alleged violations are infrequently litigated. This supports the requested fee award.

6. Class Counsel, Morgan & Morgan P.A. and Consumer Litigation Associates PLLC are skilled and experienced FCRA litigators, nationally recognized

for their accomplishments asserting consumers' FCRA rights.  This supports the requested fee award.

7.   The Court has reviewed the expenses and costs incurred in this litigation and finds them all to be reasonable.

8.   The Court finds the Class Representative, Plaintiff Mr. Vidal McDowell, has performed a great service to the Settlement Classes and furthered the public's interest in asserting FCRA rights.  Without Mr. McDowell, there would be no settlement.  His selflessness and service should be rewarded.  The Court approves a five-thousand-dollar ($5,000.00) service award for Mr. McDowell.

9.   The Court also finds a payment in the amount of $10,000.00 to the Settlement Administrator, Apex, to be appropriate.

10.   Finally, the Court has reviewed Class Counsel's Declaration (ECF No. 48) and finds the expenses and costs incurred in the litigation to be reasonable.

## CONCLUSION

Plaintiff's Motion is GRANTED.

(1)   The Court award Class Counsel attorney's fees in the amount of $800,000.00 and for reimbursement of $14,958.00 for costs and expenses incurred in the litigation.

(2) The Court approves payment of $10,000.00 to the Settlement Administrator; and

3

4

(3) The Court awards Plaintiff, Mr. Vidal McDowell, $5,000.00 for his service to the Settlement Classes and as compensation for executing a general release of claims.

SO ORDERED.

Dated: October 27, 2025         s/Robert J. White
                                Robert J. White
                                United States District Judge