UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VIDAL MCDOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>PLUTO ACQUISITION OPCO, LLC,<br><br>    Defendant. | Case No. 23-cv-12827<br><br>Honorable Robert J. White |

## CONSENT ORDER

Pursuant to the Joint Motion of the Parties, and based on the Stipulation of Settlement, dated May 16, 2025, (the "Settlement Agreement"), the Court enters this Consent Order and hereby orders that Pluto Acquisition OPCO, LLC d/b/a PeopleFacts LLC comply with the following terms for a period of four (4) years from this date:

1. For every employment-purposed report sold or furnished by Defendant, Defendant will refine its procedures as to the requirements of 15 U.S.C. §1681b(b)(1)(a)(i)-(ii) to ensure end-users certify compliance.

2. Defendant will use commercially reasonable efforts to complete implementation of this process by within sixty (60) days of this Order.

3. The terms of this Consent Order are intended to reflect the process change provisions in the Parties' Settlement Agreement and shall not be construed to impose any obligations or requirements in addition to those set forth herein. Nothing in this Consent Order will constitute an admission by Defendant that any previous actions or omissions were unlawful.

4. None of the Parties shall be entitled to the further recovery of attorney's fees, costs, or other expenses in connection with any efforts to monitor compliance with this Consent Order.

SO ORDERED.

Dated: October 28, 2025

s/Robert J. White  
Robert J. White  
United States District Judge